1  LYNN HUBBARD, III, SBN 69773
2  SCOTTLYNN J HUBBARD, IV, SBN 212970
   **LAW OFFICES OF LYNN HUBBARD**
3  12 WILLIAMSBURG LANE
   CHICO, CA. 95926
4  Telephone: (530) 895-3252
   Facsimile: (530) 894-8244

5  Attorney for Plaintiff
   JAMES SANFORD

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| JAMES SANFORD, | ) CIV.S 05-1941 GEB KJM |
|---|---|
| Plaintiff, | ) |
| vs. | ) **Plaintiff's Request to Continue the Status Conference and [Proposed] Order Thereon** |
| CHARLES A. ROBINSON, INC. dba WEST SACRAMENTO 76 GAS, | ) Date:   December 12, 2005<br>) Time:  9:00 a.m.<br>) Ctrm:  10 |
| Defendant. | ) |

**Sanford v. Charles Robinson, et al., CIV.S 05-1941 GEB KJM**
**Plaintiff's Request to Continue the Status Conference**
Page 1

Plaintiff hereby requests that the date for the status conference be continued for a minimum of thirty (30) days. Plaintiff makes this request based on the fact that defendant, CHARLES A. ROBINSON, INC. dba WEST SACRAMENTO 76 GAS, has been served in this action, but has not yet appeared. Defendant's answer to the complaint is due on or before December 5, 2005. Plaintiff feels that if the status conference is continued it would allow defendant ample time to appear in this action.

Therefore, plaintiff respectively submits that it would be counter productive to file a status report or hold a status conference at this time.

Dated: November 22, 2005            LAW OFFICES OF LYNN HUBBARD

  /s/ Scottlynn J Hubbard, Esquire            /
SCOTTLYNN J HUBBARD, IV
Attorney for Plaintiff
JAMES SANFORD

**ORDER**

**GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED** that the status conference be to February 21, 2006, at 9:00 a.m. with the joint status report to be filed fourteen (14) days prior to the conference.

DATED:  December 6, 2005            /s/ Garland E. Burrell, Jr.
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge

Sanford v. Charles Robinson, et al., CIV.S 05-1941 GEB KJM
Plaintiff's Request to Continue the Status Conference
Page 2